# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| Plaintiff, | : | Case No.: 3:11-po-71 |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| SANDY J. PICKENS, | : | |
| Defendant. | | |

## ORDER OF DISMISSAL

The Court was informed by the U.S. Pretrial Services Officer assigned to the above named case that Defendant, Sandy J. Pickens, passed away.

Accordingly, the case is **DISMISSED**.

January 11, 2012

                                                           s/Sharon L. Ovington
                                                            Sharon L. Ovington
                                                     United States Magistrate Judge